**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

John E. Triplett
Clerk of Court

OFFICE OF THE CLERK
P.O. Box 8286
SAVANNAH, GEORGIA   31412

(912)650-4020

RE:  Moates v. Holt et al.,

## NOTICE TO ALL COUNSEL OF RECORD

The above-styled case was transferred to the Southern District of Georgia,
Savannah Division ▾ from:

Northern District of Texas

The Civil Action Number assigned to this case is:  CV422-154

The case was filed and docketed on  June 22, 2022

and has been assigned to   Judge William T. Moore, Jr.   ▾

DATE:   6/22/2022

cc:

Moates

JOHN E. TRIPLETT, CLERK OF COURT

BY: _____
        Deputy Clerk