IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL MOATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEREMY RANDALL HOLT and | ) Case No.: 4:22-CV-154 |
| INDEPENDENCE BEHAVIORAL | ) |
| SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO FILE COMPLAINT PERMANENTLY UNDER SEAL AND
FOR ORDER DIRECTING PLAINTIFF TO COMPLY WITH THIS
COURT'S RULES**

COME NOW Jeremy Randall Holt and Independence Behavioral Solutions, Defendants in the above-captioned lawsuit (collectively "Defendants"),[1] and respectfully request the Court keep the contents of Plaintiff Michael Moates' ("Plaintiff") Complaint permanently filed under seal pursuant to S.D. Ga. L.R. 79.7, as Plaintiff's Complaint contains certain "other sensitive information" as set forth in U.S.D.C. S.D. Ga. Administrative Procedures II.I.2 which implicates not only privacy but also personal security concerns and is prohibited or restricted from disclosure by Georgia and Texas law (the original venue in which the Complaint was filed, prior to *sua sponte* transfer by the Northern District of Texas to this Court).

---

[1] As of the filing of this Motion, Defendants have not been served, and reserve all defenses, including objections to jurisdiction or service. The highly sensitive nature of the information contained in the Complaint necessitated the filing of this motion on an urgent basis, prior to any motion filed under Fed. R. Civ. P. 12, to ensure that such information was not inadvertently released in violation of Georgia and Texas law.

The Complaint was originally filed publicly in the Northern District of Texas, and was sealed at some point either by Plaintiff upon filing, the Northern District of Texas prior to *sua sponte* transfer of the case by that court to this Court, or this Court upon receipt of the transferred action. Defendants respectfully submit that permanent sealing of the contents of the Complaint is essential to preserve the privacy and security interests of individuals. "A party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." Adigun v. Express Scripts, Inc., Civil Action No. 2:16-cv-39, 2017 U.S. Dist. LEXIS 124067 at *2 (S.D. Ga. Aug. 7, 2017). Certain information contained in the Complaint is highly sensitive, with serious implications for the privacy and security of individuals, and as such far outweighs any common-law right of access to judicial proceedings.[2] The disclosure of such information violates Georgia and Texas law, as well as this Court's rules. Accordingly, Defendants respectfully request that the Court: (1) permanently keep the contents of the Complaint under seal; and (2) direct Plaintiff to review and comply with Georgia law and the rules of this Court when filing pleadings and other materials, including but not limited to this Court's Local Rules and Administrative Procedures.

---

[2] Defendants would be willing to elaborate further on these points, or to provide citations to specific portions of the Complaint where this highly sensitive information is contained, in an *in camera* hearing before the Court or through such other means as the Court may direct.

3

Respectfully submitted this 1st day of July 2022.

                                **HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

                                */s/SHAWN A. KACHMAR*
                                Shawn A. Kachmar
                                Georgia Bar No. 405723
                                Gracie Shepherd
                                Georgia Bar No. 321183
                                Attorneys for Defendants Jeremy Holt and Independence Behavioral Solutions

200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412-0048
Telephone:  912.236.0261
Facsimile:  912.236.4936
Email: SKachmar@HunterMaclean.com
Email: GShepherd@HunterMaclean.com

4886-2588-5991

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of July, 2022, the foregoing MOTION TO FILE COMPLAINT PERMANENTLY UNDER SEAL was electronically filed with the Clerk of Court using the CM/ECF system and that such filing was sent electronically using the CM/ECF system to the following and by first class mail to:

Michael Moates
6004 Oakland Bend Drive #116
Fort Worth, Texas 76112
mike@behaviormed.org

Respectfully submitted this 1st day of July 2022.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/SHAWN A. KACHMAR*
Shawn A. Kachmar
Georgia Bar No. 405723
Attorney for Defendants Jeremy Holt and Independence Behavioral Solutions

200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412-0048
Telephone:  912.236.0261
Facsimile:  912.236.4936
Email: SKachmar@HunterMaclean.com
Email: GShepherd@HunterMaclean.com

4886-2588-5991